IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHRISTOPHER DOLD,

Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY,

Defendant.

8:25CV659

ORDER TO SHOW CAUSE

The records of the court show that on November 14, 2025, (Filing No. 3), a letter was sent to Attorney John D. Roven from the Office of the Clerk directing him to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System"). As of December 17, 2025, Mr. Roven has not complied with the Clerk's letter.

Accordingly, IT IS ORDERED that:

On or before December 31, 2025, Attorney John D. Roven must register for the System or show cause by written affidavit why compliance is not possible as required under the rules of the court.

Dated this 17th day of December, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge